UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Patricia Glynn Brooks,

    Plaintiff,

v.

Malissa McKenney, et al,.

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:17-cv-1073

## **REPORT AND RECOMMENDATION**

This is a civil rights action brought by a *pro se* plaintiff under 42 U.S.C. § 1983. Plaintiff filed her complaint on December 8, 2017. (ECF No.1). The Court granted her request to proceed *in forma pauperis* on December 12, 2017. (ECF No. 4). On December 14, 2017, the Court entered an Order directing plaintiff to provide the Court with addresses of the named defendants within 30 days. (ECF No. 5).

On January 24, 2018, after receiving no response from plaintiff, the Court issued an order to show cause as to why this matter should not be dismissed "for want of prosecution and failure to comply with the rules and orders of this court." (ECF No. 6, PageID.21). The Court directed plaintiff to file a written response to the show-cause order by February 13, 2018. (*Id.*). Plaintiff has, again, failed to respond.

**Recommended Disposition**

For the foregoing reasons, I recommend that plaintiff's complaint be dismissed for want of prosecution and for failure to comply with the rules and orders of this Court.   FED. R. CIV. P. 41(b) and W.D. MICH. LCIVR 41.1.

Dated:   February 21, 2018          /s/ Phillip J. Green
                                   United States Magistrate Judge

**NOTICE TO PARTIES**

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.   28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).   All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b).   Failure to file timely and specific objections may constitute a waiver of any further right of appeal.   *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).   General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).